UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL CURTIS REYNOLDS,            :
                                    :
        Plaintiff                   :
                                    :
    v.                              :   CIVIL NO. 4:CV-06-1400
                                    :
WARDEN JANINE DONATE,               :   (Judge McClure)
ET AL.,                             :
                                    :
        Defendants                  :

**ORDER**

January 8, 2007

**Background**

      Michael Curtis Reynolds ("Plaintiff"), an inmate presently confined in the Lackawanna County Prison, Scranton, Pennsylvania, initiated this pro se civil rights action pursuant to 42 U.S.C. § 1983. Service of the complaint was ordered on July 26, 2006. On August 7, 2006, a second complaint filed by Reynolds was consolidated into this action.

      Following submission of Plaintiff's request for entry of default judgment, this Court directed the Defendants to show cause why request for default judgment should not be granted. Upon consideration of the Defendants' response, Reynolds' request for entry of default judgment will be denied. The Defendants will be granted ten (10) days from the date of this Order in which to file a response to the Plaintiff's

action. If a timely response is not submitted, the request for default judgment will be reconsidered. Consequently,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's request for entry of default judgment (Record document no. 14) is DENIED.
2. Within ten (10) days of the date of this Order, the Defendants may file a response to Plaintiff's claims.
3. If a timely response is not submitted, the request for default judgment will be reconsidered.

    s/ James F. McClure, Jr.
JAMES F. McCLURE, JR.
United States District Judge