UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL CURTIS REYNOLDS,          :
                                  :
    Plaintiff                     :
                                  :
    v.                            :  CIVIL NO. 4:CV-06-1400
                                  :
WARDEN JANINE DONATE,             :  (Judge McClure)
ET AL.,                           :
                                  :
    Defendants                    :

**ORDER**

January 8, 2007

**Background**

Michael Curtis Reynolds ("Plaintiff"), an inmate presently confined in the Lackawanna County Prison, Scranton, Pennsylvania, initiated this pro se civil rights action pursuant to 42 U.S.C. § 1983. Service of the complaint was ordered. Thereafter, a second complaint filed by Reynolds was consolidated into this action.

On August 2, 2006, Plaintiff filed a motion for summary judgment. See Record document no. 12. A review of the docket establishes that Plaintiff has not filed a brief in support of his motion. M.D. Pa. Local Rule 7.5. requires that a party who files a pretrial motion must submit a brief in support of said motion within ten (10) days of its being filed with the court. If a supporting brief is not timely filed, "such motion shall be deemed to be withdrawn."

Since Reynolds has not filed a brief supporting his motion for summary judgment, his motion will be deemed withdrawn under Local Rule 7.5.  Consequently,

**IT IS HEREBY ORDERED THAT:**

        Plaintiff's motion for summary judgment (Record document no. 12) is deemed withdrawn.

          s/ James F. McClure, Jr.
        JAMES F. McCLURE, JR.
        United States District Judge