UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL CURTIS REYNOLDS,       :
                                :
        Plaintiff               :
                                :
    v.                          :    CIVIL NO. 4:CV-06-1400
                                :
WARDEN JANINE DONATE,           :    (Judge McClure)
ET AL.,                         :
                                :
        Defendants              :

## ORDER

November 24, 2008

**Background**

Michael Curtis Reynolds ("Plaintiff"), an inmate presently confined in the Allenwood United States Penitentiary, White Deer, Pennsylvania, Pennsylvania, initiated this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  A second complaint, *Reynolds v. Donate*, Civil No. 4:CV-06-1487, filed by Plaintiff was subsequently consolidated into this action.

On April 12, 2007, an Answer to the consolidated Complaints was filed by the Defendants.  *See* Record document no. 46.  Presently pending are three (3) motions by Plaintiff to strike the answer and incorporated affirmative defenses.

Plaintiff's motions do not set forth a sufficient argument which would warrant the striking of the either the answer or the affirmative defenses raised therein.

Accordingly, Reynolds' motions will be denied. However, Plaintiff is advised that the denial of his motion does not relieve Defendants of their obligation of establishing entitlement to any of the immunities listed in their affirmative defenses. Consequently,

**IT IS HEREBY ORDERED THAT:**

Plaintiff's motions to strike (Record document nos. 107, 111, & 117) Defendants' answer and affirmative defenses are DENIED.

   s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge