UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL CURTIS REYNOLDS,       :
                               :
        Plaintiff              :
                               :
    v.                         :   CIVIL NO. 4:CV-06-1400
                               :
WARDEN JANINE DONATE,          :   (Judge McClure)
ET AL.,                        :
                               :
        Defendants             :

## ORDER

November 24, 2008

**Background**

Michael Curtis Reynolds ("Plaintiff"), an inmate presently confined in the Allenwood United States Penitentiary, White Deer, Pennsylvania, initiated this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. An Answer to the consolidated Complaints was filed by the Defendants on April 12, 2007.

Presently pending are seven (7) motions by Reynolds, all of which seek entry of summary judgment and/ or judgment on the pleadings. The motions similarly and solely claim entitlement to relief on the basis that Plaintiff is entitled to entry of default judgment. *See* Record document nos. 90, 92, 94, 96, 98, 103 & 105.

As recently noted by this Court's Order of October 4, 2007, Reynolds is not entitled to entry of default judgment because an Answer to the Complaint has been

1

filed by the Defendants.  Since there is no basis for relief, Plaintiff's present similar motions seeking entry of default judgment will likewise be denied.  Consequently,

**IT IS HEREBY ORDERED THAT:**

> Plaintiff's motions for entry of summary judgment and/ or judgment on the pleadings  (Record document nos. 90, 92, 94, 96, 98, 103, & 105) are DENIED.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge